USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE MASSEY, | |
| Plaintiff, | |
| -against- | 1:20-CV-9719 (AJN) |
| CAPTAIN SMART; CITY OF NEW YORK, | ORDER OF SERVICE |
| Defendants. | |

ALISON J. NATHAN, United States District Judge:

By order dated December 2, 2020, the Court granted Plaintiff's request to proceed *in forma pauperis*. The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the City of New York and Captain Smart (a New York City Department of Correction Captain assigned to the Manhattan Detention Complex 9 South unit on October 29, 2020, during the 11 p.m. to 7:00 a.m. tour of duty) waive service of summons. The Clerk of Court is further directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated: December 3, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge