**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
TYRONE MASSEY,                                                :
                                                              :
                                Plaintiff,                    :     20-CV-9719 (AJN) (OTW)
                                                              :
                        -against-                             :     ORDER OF SERVICE
                                                              :
CAPTAIN SMART; CITY OF NEW                                    :
YORK,                                                         :
                                                              :
                                Defendants.                   :
                                                              :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Captain Gwendoline Smart (Shield No. 1102) waive service of summons. The Clerk of Court is directed to mail a copy of this order to Plaintiff.

Dated: May 14, 2021
      New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge