**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
TYRONE MASSEY,

          Plaintiff,

          -against-

CAPTAIN SMART; CITY OF NEW YORK,

          Defendants.
-----------------------------------------------------------x

20-CV-9719 (AJN) (OTW)

**ORDER**

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court has reviewed ECF 32. The **October 12, 2021** Initial Pretrial Conference is **cancelled** and will be rescheduled for a later date.

      The Clerk of Court is directed to close ECF 32 and mail a copy of this Order to the *pro se* Plaintiff.

Dated: October 8, 2021
       New York, New York

                             *s/ Ona T. Wang*
                             **Ona T. Wang**
                             United States Magistrate Judge