**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
TYRONE MASSEY,

              Plaintiff,           20-CV-9719 (DLC) (OTW)

              -against-           **ORDER**

CAPTAIN SMART; CITY OF NEW YORK,

              Defendants.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Initial Pretrial Conference is adjourned to **February 2, 2022 at 4:00 p.m.** The dial in information is (866) 390-1828, access code 1582687. Defendants shall meet and confer with Plaintiff and file a proposed case management plan by **February 1, 2022**. **IT IS HEREBY ORDERED** that the Warden or other official in charge of the Anna M. Kross Correctional Facility (AMKC), or other facility in custody of Tyrone H. Massey (No. 8952000522), produce Tyrone H. Massey to an office in the facility with a reasonable degree of privacy to enable him to participate in a court conference through means of a teleconference from the facility to the United States Courthouse, Southern District of New York, on **February 2, 2022 at 4:00 p.m.** until completion. At the date and time set forth herein, counsel for the defendants shall place the call to the facility. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0260. Counsel for Defendants must (1) transmit this Order to the Warden forthwith and (2) contact the AMKC facility forthwith to arrange the call and to determine the telephone number at which the plaintiff will be reachable at the above time and date. Defendants shall promptly serve a copy of this Order on the *pro se* Plaintiff and file proof of service by **January 21, 2022**. The Clerk of Court is directed to close ECF 35.

        SO ORDERED.

                                                          *s/ Ona T. Wang*
Dated:  January 19, 2022                         **Ona T. Wang**
         New York, New York                  United States Magistrate Judge