**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
TYRONE MASSEY,                                              :
                                                            :
                              Plaintiff,                    :      20-cv-9719 (DLC) (OTW)
                                                            :
              -against-                                     :      ORDER
                                                            :
CAPTAIN SMART,                                              :
                                                            :
                              Defendant.                    :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on May 11, 2022. *Pro se* Plaintiff was not present at the conference. Defense counsel has represented to the Court that *pro se* Plaintiff was recently released from the custody of the New York City Department of Correction. *See* ECF 47. *Pro se* Plaintiff is directed to file a letter informing the Court of his present address by **June 22, 2022.**

The Clerk of Court is respectfully directed to serve a copy of this Order at *pro se* Plaintiff's last known address, according to records maintained by the New York City Department of Correction: 112 Henwood Place, Apartment 8B, Bronx, NY 10453-8070. *See* ECF 49. Defense counsel is also directed to serve a copy of this Order at *pro se* Plaintiff's last known address and to file proof of service on the docket.

**SO ORDERED.**

                                                                                  *s/ Ona T. Wang*

Dated: May 11, 2022                                                    **Ona T. Wang**
     New York, New York                                    United States Magistrate Judge